1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6816
7       Facsimile: (415) 436-6748
        Email: stephanie.hinds@usdoj.gov
8
   Attorneys for Defendant
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 ABDUL MASIH KARDOH,              )
                                    )    No. C 06-80275 VRW MISC
14              Plaintiff,          )
                                    )
15      v.                          )    STIPULATION AND [~~PROPOSED~~]
                                    )    ORDER RE MODIFICATION OF
16 UNITED STATES OF AMERICA,        )    BRIEFING SCHEDULE
                                    )
17                                  )
                                    )
18              Defendant.          )
                                    )
19

20      IT IS HEREBY STIPULATED by and between defendant United States of America and

21 plaintiff, Abdul Masih Kardoh, through undersigned counsel, that the briefing schedule for the

22 above-captioned matter be modified as follows:

23      •    government's response continued from October 19, 2006 to October 24, 2006;

24      •    plaintiff/movant's reply continued from October 24, 2006 to October 27, 2006.

25 DATED: 10/20/06                         DATED: 10/20/06

26
        ____/S/_____           _____/S/_____
27 STEPHANIE M. HINDS                     ERIC BABCOCK, ESQ
   Assistant United States Attorney       Attorney for Plaintiff Abdul Masih Kardoh
28

*STIPULATION AND ORDER RE MODIFICATION OF BRIEFING SCHEDULE*
*C 06-80275 VRW MISC*

1  IT IS HEREBY ORDERED:

2  Upon the stipulation of counsel, and good cause appearing, the briefing schedule in this
3  matter is modified as follows:

4  - the government's response is now due on October 24, 2006;

5  - plaintiff/movant's reply is now due on October 27, 2006.

8  DATED: 10/24/2006

                    VAUGHN R. WALKER
9                      United States District Judge

*STIPULATION AND ORDER RE MODIFICATION OF BRIEFING SCHEDULE*
*C 06-80275 VRW MISC*